IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21065-CMB |
| Richard A. Steigerwald Sr. | ) | Chapter 13 |
| Patricia L. Steigerwald | ) | Doc No. ___ |
|    Debtors | ) | |
| Richard A. Steigerwald Sr. | ) | |
| Patricia L. Steigerwald | ) | |
|    Movants | ) | |
|      v. | ) | |
|    No Respondent | ) | |

# EMPLOYEE INCOME RECORDS

### If You Receive A Pension From Employment Not Covered By Social Security

Please let us know right away if you start receiving a retirement or disability pension for work in which you did not pay Social Security taxes. If you receive spouse's, widow's, or

## Your New Benefit Amount

BENEFICIARY'S NAME: PATRICIA L STEIGERWALD

Your Social Security benefit will increase by **5.9%** in 2022 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $913.00 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 18, 2021 or if someone else pays your premium, we show $0.00) | -$0.00 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2022. If you did not elect withholding as of November 1, 2021, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 18, 2021, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2021 on or about January 12, 2022. | **$913.00** |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at **www.godirect.gov** to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us within 60 days from the date you receive this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. The fastest and easiest way to file an appeal is to visit **https://secure.ssa.gov/iApplNMD/start** online.

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10009120
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Steigerwald | Comcast (CC) of Willow Grove | 10009120 | 05/01/2022 | 05/14/2022 | 05/20/2022 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.50 | 2,063.98 | 348.51 | 337.42 | 42.15 | 1,335.90 |
| YTD | 687.56 | 22,042.61 | 3,499.13 | 3,844.98 | 445.06 | 14,253.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Kronos Outage Overpayment | | | | | 126.39 |
| Overtime Pay | 05/01/2022 - 05/07/2022 | 0.25 | 25.56 | 6.39 | |
| Overtime Pay | 05/08/2022 - 05/14/2022 | 0.25 | 25.56 | 6.39 | 65.50 |
| Overtime Premium | 05/01/2022 - 05/07/2022 | 0.25 | 12.78 | 3.20 | |
| Overtime Premium | 05/08/2022 - 05/14/2022 | 0.25 | 12.78 | 3.20 | 32.81 |
| PTO | | | | | 3,143.88 |
| Quarterly Frontline Bonus | | | | | 1,469.91 |
| Regular Pay - Hourly | 05/01/2022 - 05/07/2022 | 40 | 25.56 | 1,022.40 | |
| Regular Pay - Hourly | 05/08/2022 - 05/14/2022 | 40 | 25.56 | 1,022.40 | 17,508.60 |
| Holiday Pay | | | | | -204.48 |
| Retro Adjustment Premium | | | | | -100.00 |
| Earnings | | | | 2,063.98 | 22,042.61 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 107.82 | 1,168.54 |
| Medicare | 25.22 | 273.29 |
| Federal Withholding | 130.41 | 1,605.51 |
| State Tax - PA | 53.35 | 576.57 |
| SUI-Employee Paid - PA | 1.24 | 13.24 |
| City Tax - PITTS | 17.38 | 187.83 |
| PA LST - PITTS | 2.00 | 20.00 |
| Employee Taxes | 337.42 | 3,844.98 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 1.000% | 20.64 | 220.43 |
| Dental | | 24.89 | 248.90 |
| Medical | | 296.56 | 2,965.60 |
| Vision | | 6.42 | 64.20 |
| Pre-tax Deductions | | 348.51 | 3,499.13 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| Child AD&D Insurance | | 0.13 | 1.30 |
| Child Life Insurance | | 0.68 | 6.80 |
| Life and AD&D Retro | | | -11.24 |
| Spouse AD&D Insurance | | 0.65 | 6.50 |
| Supplemental AD&D Ins | | 0.62 | 7.90 |
| Supplemental Life Ins | | 10.42 | 132.30 |
| Union Dues | | 29.65 | 301.50 |
| Post-tax Deductions | | 42.15 | 445.06 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 1.75 | 17.50 |
| Taxable GTL | 1.27 | 66.04 |
| Taxable Non-Cash Event | 3.02 | 83.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 4 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| KEYBANK NATIONAL ASSOCIATION | KEYBANK NATIONAL ASSOCIATION ******9681 | ******9681 | | 1,335.90 | USD |

Case 22-21065-CMB    Doc 18    Filed 06/27/22    Entered 06/27/22 13:18:00    Desc Main
Document    Page 4 of 4

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10009120
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Richard Steigerwald | Comcast (CC) of Willow Grove | | | 10009120 | 05/15/2022 | 05/28/2022 | 06/03/2022 | |
| | Hours Worked | | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | | Net Pay |
| Current | 80.50 | | 2,063.98 | 348.51 | 337.43 | 42.15 | | 1,335.89 |
| YTD | 768.06 | | 24,106.59 | 3,847.64 | 4,182.41 | 487.21 | | 15,589.33 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Kronos Outage Overpayment | | | | | 126.39 | Social Security | 107.83 | 1,276.37 |
| Overtime Pay | 05/15/2022 - 05/21/2022 | 0.25 | 25.56 | 6.39 | | Medicare | 25.22 | 298.51 |
| Overtime Pay | 05/22/2022 - 05/28/2022 | 0.25 | 25.56 | 6.39 | 78.28 | Federal Withholding | 130.41 | 1,735.92 |
| Overtime Premium | 05/15/2022 - 05/21/2022 | 0.25 | 12.78 | 3.20 | | State Tax - PA | 53.35 | 629.92 |
| Overtime Premium | 05/22/2022 - 05/28/2022 | 0.25 | 12.78 | 3.20 | 39.21 | SUI-Employee Paid - PA | 1.24 | 14.48 |
| PTO | | | | | 3,143.88 | City Tax - PITTS | 17.38 | 205.21 |
| Quarterly Frontline Bonus | | | | | 1,469.91 | PA LST - PITTS | 2.00 | 22.00 |
| Regular Pay - Hourly | 05/15/2022 - 05/21/2022 | 40 | 25.56 | 1,022.40 | | | | |
| Regular Pay - Hourly | 05/22/2022 - 05/28/2022 | 40 | 25.56 | 1,022.40 | 19,553.40 | | | |
| Holiday Pay | | | | | -204.48 | | | |
| Retro Adjustment Premium | | | | | -100.00 | | | |
| Earnings | | | | 2,063.98 | 24,106.59 | Employee Taxes | 337.43 | 4,182.41 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 1.000% | 20.64 | 241.07 | Child AD&D Insurance | | 0.13 | 1.43 |
| Dental | | 24.89 | 273.79 | Child Life Insurance | | 0.68 | 7.48 |
| Medical | | 296.56 | 3,262.16 | Life and AD&D Retro | | | -11.24 |
| Vision | | 6.42 | 70.62 | Spouse AD&D Insurance | | 0.65 | 7.15 |
| | | | | Supplemental AD&D Ins | | 0.62 | 8.52 |
| | | | | Supplemental Life Ins | | 10.42 | 142.72 |
| | | | | Union Dues | | 29.65 | 331.15 |
| Pre-tax Deductions | | 348.51 | 3,847.64 | Post-tax Deductions | | 42.15 | 487.21 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 1.75 | 19.25 |
| Taxable GTL | 1.27 | 67.31 |
| Taxable Non-Cash Event | 3.02 | 86.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 4 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| KEYBANK NATIONAL ASSOCIATION | KEYBANK NATIONAL ASSOCIATION ******9681 | ******9681 | | 1,335.89    USD |