**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Case No.:  22-21065-CMB

**Richard A. Steigerwald, Sr.**                           Chapter 13
**and Patricia L. Steigerwald,**

**Debtors.**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, MONTOUR SCHOOL DISTRICT, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

**Jeffrey R. Hunt, Esquire
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
TEL: (412)281-0587
FAX: (412)281-2971**

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

**PLEASE TAKE FURTHER NOTICE** that the **MONTOUR SCHOOL DISTRICT intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.**

**Dated: 7/6/22**                                            **GRB Law,**

                                                             **/s/ Jeffrey R. Hunt**

                                                             **Jeffrey R. Hunt, Esquire**
                                                             **Pa. I.D. #90342**
                                                             **525 William Penn Place, Suite 3110**
                                                             **Pittsburgh, PA  15219**
                                                             **(412) 281-0587**
                                                             **Attorney for Movant**
                                                             **jhunt@grblaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Case No.:  22-21065-CMB

Richard A. Steigerwald, Sr.                         Chapter 13
and Patricia L. Steigerwald,

Debtors.

## DECLARATION IN LIEU OF AFFIDAVIT

   I certify that this request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditor.

       GRB Law,

       /s/ Jeffrey R. Hunt

       Jeffrey R. Hunt, Esquire
       Pa. I.D. #90342
       525 William Penn Place, Suite 3110
       Pittsburgh, PA  15219
       (412) 281-0587
       Attorney for Movant
       jhunt@grblaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Case No.:  22-21065-CMB

**Richard A. Steigerwald, Sr.**                  Chapter 13
**and Patricia L. Steigerwald,**

**Debtors.**

**CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO
PARTIES IN INTEREST**

**Bryan P. Keenan, Esquire
993 Greentree Road, Suite 200
Pittsburgh, PA  15220**

**Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219**

**Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222**

                                                   **GRB Law,**

                                                   **/s/ Jeffrey R. Hunt**

                                                   **Jeffrey R. Hunt, Esquire
                                                   Pa. I.D. #90342
                                                   525 William Penn Place, Suite 3110
                                                   Pittsburgh, PA  15219
                                                   (412) 281-0587
                                                   Attorney for Movant
                                                   jhunt@grblaw.com**