## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-21065-CMB** |
| **Richard A. Steigerwald Sr.** | ) | **Chapter 13** |
| **Patricia L. Steigerwald** | ) | **Doc No. ___** |
|    **Debtors** | ) | |
| **Patricia L. Steigerwald** | ) | **Response Due: August 15, 2022** |
|    **Movant** | ) | **Hearing Date: August 23, 2022** |
|    v. | ) | **at 10:00am** |
| **LVNV Funding, LLC** | ) | |
|    **Respondent** | | |

### CERTIFICATION OF NO OBJECTION ON
### DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **July 28, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **August 15, 2022**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: August 16, 2022**                          /s/ **Bryan P. Keenan**
                                                                                  **Bryan P. Keenan, PA ID No. 89053**
                                                                                  **Bryan P. Keenan & Associates P.C.**
                                                                                  **Attorney for Debtor**
                                                                                  **993 Greentree Road, Suite 101**
                                                                                  **Pittsburgh, PA 15220**
                                                                                  **(412) 922-5116**
                                                                                  keenan662@gmail.com