# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-21065-CMB** |
| **Richard A. Steigerwald Sr.** | ) | **Chapter 13** |
| **Patricia L. Steigerwald** | ) | **Doc No. ___** |
| **Debtors** | ) | |
| **Patricia L. Steigerwald** | ) | **Response Due: August 15, 2022** |
| **Movant** | ) | **Hearing Date: August 23, 2022** |
| v. | ) | **at 11:00am** |
| **LVNV Funding, LLC** | ) | |
| **Respondent** | | |

## CERTIFICATE OF SERVICE ON
## ORDER ON MOTION TO AVOID LIEN

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **August 18, 2022**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by Regular Mail**
a**. LVNV Funding, LLC**, c/o  Bryan Faliero, President , Pres. at 55 Beattie Place, Suite 110, Greenville, SC 29601
b. **LVNV Funding, LLC**, c/o Resurgent Capital Services, Attn: Bryan Faliero, President  PO box Greenville, SC 29603

Date: **August 18, 2022**          /s/ **Bryan P. Keenan**
**Bryan  P. Keenan, PA ID No. 89053**
**Bryan  P. Keenan  & Associates P.C.**
**Attorney for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**