IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21065-CMB |
| Richard A. Steigerwald Sr. | ) | Chapter 13 |
| Patricia L. Steigerwald | ) | Doc No. 35 |
|    Debtors | ) | |
| Patricia L. Steigerwald | ) | **ENTERED BY DEFAULT** |
|    Movant | ) | |
| v. | ) | |
| LVNV Funding, LLC | ) | |
|    Respondent | | |

### ORDER ON MOTION FOR
### AVOIDANCE OF JUDICIAL LIEN

AND NOW, **to-wit,** this 16th day of August, 2022 on motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Judicial Lien of the Respondent, LVNV Funding, LLC, was docketed at GD-21-009237 in the Court of Common Pleas of Allegheny County on August 5, 2022 in the face amount of $1535.44 is hereby avoided pursuant to 11 U.S.C. 522(f)(1) as a lien on the debtor's household goods and furnishings.

**IT IS FURTHER ORDERED** that upon successful completion of the Chapter 13 Plan and receipt of a discharge in the Chapter 13 Case the debtor may record this Order with the Prothonotary of Allegheny County to evidence the fact the judgment of the Respondent has been discharged.

BY THE COURT

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/16/22 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-21065-CMB

Richard A. Steigerwald, Sr.  Chapter 13

Patricia L. Steigerwald

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: Aug 16, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Steigerwald, Sr., Patricia L. Steigerwald, 6 Cheryl Drive, Coraopolis, PA 15108-3404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:

**Name      Email Address**

Brian Nicholas

     on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com

Bryan P. Keenan

     on behalf of Debtor Richard A. Steigerwald  Sr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan

     on behalf of Joint Debtor Patricia L. Steigerwald keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey Hunt

     on behalf of Creditor Montour School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com

Jeffrey Hunt

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8