# Notice Recipients

District/Off: 0315−2   User: auto   Date Created: 9/9/2022
Case: 22−21065−CMB   Form ID: pdf900   Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Richard A. Steigerwald, Sr.     6 Cheryl Drive     Coraopolis, PA 15108
jdb     Patricia L. Steigerwald     6 Cheryl Drive     Coraopolis, PA 15108

TOTAL: 2