# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-21065-CMB** |
| **Richard A. Steigerwald Sr.** | ) | **Chapter 13** |
| **Patricia L. Steigerwald** | ) | **Doc No. ___** |
|    Debtors | ) | |
| **Patricia L. Steigerwald** | ) | **Related to Claim 2** |
|    Movant | ) | |
|    v. | ) | **Response Due: September 19, 2022** |
| **Premier Bankcard, LLC;** | ) | **Hearing Date: October 13, 2022** |
| **Jefferson Capital Systems LLC Assignee** | ) | **at 10:00am** |
|    Respondents | ) | |

## CERTIFICATION OF NO OBJECTION RE:
## DEBTOR'S OBJECTION TO CLAIM 2 OF
## PREMIER BANKCARD, LLC; JEFFERSON
## CAPITAL SYSTEMS LLC ASSIGNEE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **September 1, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **September 19, 2022.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Executed on: September 21, 2022**         **/s/Bryan P. Keenan**
                                                        Bryan P. Keenan, PA ID No. 89053
                                                        Bryan P. Keenan & Associates P.C.
                                                        Attorney for Debtor
                                                        993 Greentree Road, Suite 201
                                                        Pittsburgh, PA 15220
                                                        (412) 922-5116
                                                        keenan662@gmail.com