IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21065-CMB |
| Richard A. Steigerwald Sr. | ) | Chapter 13 |
| Patricia L. Steigerwald | ) | Doc No. 50 |
|     Debtors | ) | |
| Patricia L. Steigerwald | ) | Related to Claim 2 |
|     Movant | ) | |
|       v. | ) | Response Due: September 19, 2022 |
| Premier Bankcard, LLC; | ) | Hearing Date: October 13, 2022 |
| Jefferson Capital Systems LLC Assignee | ) | at 10:00am |
|     Respondents | ) | **ENTERED BY DEFAULT** |

**ORDER OF COURT ON DEBTOR'S OBJECTION TO CLAIM 2 OF PREMIER BANKCARD, LLC;JEFFERSON CAPITAL SYSTEMS LLC**

And now this 23rd day of September, 2022, upon consideration of the within Motion, it is hereby, **ORDERED, ADJUDGED AND DECREED** that the claim of the Respondent, Premier Bankcard, LLC; Jefferson Capital Systems LLC, docketed at Claim Number 2 on the claims registry be disallowed in its entirety.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall make no distribution in connection with the disallowed claim of the Premier Bankcard, LLC; Jefferson Capital Systems LLC, in the amount of $623.20 docketed at #2 on the claims registry.

                                                                             Judge Carlota Bohm    **dmr**
                                            United States Bankruptcy Judge

FILED
9/23/22 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                               Case No. 22-21065-CMB
Richard A. Steigerwald, Sr.                                                                          Chapter 13
Patricia L. Steigerwald
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 23, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Richard A. Steigerwald, Sr., Patricia L. Steigerwald, 6 Cheryl Drive, Coraopolis, PA 15108-3404

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
     on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com

Bryan P. Keenan
     on behalf of Debtor Richard A. Steigerwald Sr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
     on behalf of Joint Debtor Patricia L. Steigerwald keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey Hunt

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Montour School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com

Jeffrey Hunt

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bkgroup@kmllawgroup.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 10