# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21065-CMB |
| Richard A. Steigerwald Sr. | ) | Chapter 13 |
| Patricia L. Steigerwald | ) | Doc No. 56 |
|    Debtors | ) | |
| Richard A. Steigerwald Sr. | ) | Related to Claim 1 |
| Patricia L. Steigerwald | ) | |
|    Movants | ) | |
|       v. | ) | |
| Midland Credit Management, Inc | ) | |
|    Respondent | ) | |

## ORDER ON PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM 1 OF MIDLAND CREDIT MANAGMENT, INC

And now this __26th__, day of September, 2022, upon consideration of the debtor's request it is hereby, **ORDERED, ADJUDGED AND DECREED** that the Claim 1 of Midland Credit Management, Inc filed at Doc. No. 49 is withdrawn and the hearing scheduled for October 13, 2022 at 10:00am is canceled.

_____
Judge Carlota Bohm
United States Bankruptcy Judge

FILED
9/26/22 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA