**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-21065-CMB |
| **Richard A. Steigerwald Sr.** | ) | Chapter 13 |
| **Patricia L. Steigerwald** | ) | Doc No. ___ |
|     Debtors | ) | |
| **Richard A. Steigerwald Sr.** | ) | Related to Claim 1 |
| **Patricia L. Steigerwald** | ) | |
|     Movants | ) | |
|         v. | ) | |
| **Midland Credit Management, Inc** | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE OF ORDER ON PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM 1 OF MIDLAND CREDIT MANAGMENT, INC**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **September 28, 2022**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Midland Credit Management** P.O. Box 2037, Warren MI 48090.
b. **Midland Credit Management** Mr. Brandon Black, *CEO* 2365 Northside Drive, Suite 300 San Diego, CA 92108


Executed on: **September 28, 2022**          **/s/Bryan P. Keenan**
                                                           Bryan P. Keenan, PA ID No. 89053
                                                           Bryan P. Keenan & Associates P.C.
                                                           Attorney for Debtor
                                                           993 Greentree Road, Suite 201
                                                           Pittsburgh, PA 15220
                                                           (412) 922-5116
                                                           keenan662@gmail.com