# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy No. 22-21065-CMB** |
| **Richard A. Steigerwald Sr.** ) | **Chapter 13** |
| **Patricia L. Steigerwald** ) | **Doc No. ___** |
|    **Debtors** ) | |
| **Richard A. Steigerwald Sr.** ) | **Response 4/3/2023** |
| **Patricia L. Steigerwald** ) | **Hearing: 4/17/2023** |
|    **Movant** ) | **at 1:30 p.m.** |
|      **v.** ) | |
|    **No Respondent** ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATON TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **March 17, 2023** has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **April 3, 2023**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Date: April 4, 2023**　　　　　　　　　　　　　　　**/s/Bryan P. Keenan**
　　　　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com