# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-21065-CMB** |
| **Richard A. Steigerwald Sr.** | ) | **Chapter 13** |
| **Patricia L. Steigerwald** | ) | **Doc No. ___** |
| **Debtors** | ) | |
| **Richard A. Steigerwald Sr.** | ) | |
| **Movant** | ) | |
| v. | ) | |
| **No Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **April 21, 2023**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Comcast of Willow Grove One** Comcast Drive Philadelphia, PA 19103

Executed on: **April 21, 2023**    /s/Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com