**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In Re: | Case No. 22-21065-CMB |
|---|---|
| Richard A. Steigerwald Sr. | Chapter 13 |
| Patricia Steigerwald | Doc. No.     87 |
| Debtor | |
| Richard A. Steigerwald Sr. | |
| Patricia Steigerwald | |
| Movant | |
| vs. | |
| Ronda J. Winnecour, Chapter 13 Trustee | |
| Respondent | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

❑    a plan modification sought by: _____

❑    a motion to lift stay
     as to creditor _____

☒    Other:      To pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated **June 27, 2022.**
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

-1-

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from **$320.00** per month to **$560.00** per month effective **May 2023.**

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: The sum of $232.11 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan beginning in May of 2023. and shall be paid at priority level three (3). The debtor's post petition account number is xxxxxxxx3803.

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 26th day of April, 2023

*Carlota M. Böhm* **dmr**
Honorable Carlota M. Bohm
United States Bankruptcy Judge

Stipulated by:                               Stipulated by:

/s/ Bryan P. Keenan                          /s/ James Warmbrodt
Bryan P. Keenan                              James Warmbrodt
Counsel to Debtor                            Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
4/26/23 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-21065-CMB
Richard A. Steigerwald, Sr. | Chapter 13
Patricia L. Steigerwald
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Apr 26, 2023    Form ID: pdf900    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Steigerwald, Sr., Patricia L. Steigerwald, 6 Cheryl Drive, Coraopolis, PA 15108-3404 |
| sp | + | Michael Balzarini, 310 Grant St Suite 3303, Pittsburgh, PA 15219-2301 |
| 15496189 | + | Montour School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110 Pittsburgh, PA 15219-1753 |
| 15487180 | | Pennsylvania Housing Finance Agency, 211 North Street, Harrisburg, PA 17101 |
| 15493364 | + | Peoples Natural Gas Company LLC, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15487176 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | Bank of New York Mellon ...,, C/O Carrington Mortgage Services, LLC, Suite 200-A, 1600 S. Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 15492800 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15493363 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 15503638 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 26 2023 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15487177 | ^ | MEBN | Apr 26 2023 23:51:06 | KML Law Group, P.C., c/o Michale T. McKeever, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15487178 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:09 | LVNV Funding LLC, Tony M. Ettinger, Pres. and CEO, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 15497077 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:38 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15490245 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15487179 | + | Email/Text: paparalegals@pandf.us | Apr 26 2023 23:50:00 | Patenaude & Felix, APC, Re: Gregg L. Morris, Esq., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |
| 15494295 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, GRB Law, |

Case 22-21065-CMB    Doc 91    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 20 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15492746 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2023 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15494646 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15503730 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | The Bank of New York Mellon, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15501527 | ^ | MEBN | Apr 26 2023 23:50:51 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management Inc. |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Montour School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-6 bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Richard A. Steigerwald  Sr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Patricia L. Steigerwald keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Montour School District jhunt@grblaw.com  skrizanic@grblaw.com;ecfweiss@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 20 |

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9